# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>DELFINO DEJESUS-MARTINEZ,<br><br>               Defendant. | CASE NO. 14CR3019-02-LAB<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____    the Court has dismissed the case for unnecessary delay; or

____    the Court has granted the motion of the Government for dismissal, without prejudice; or

____    the Court has granted the motion of the defendant for a judgment of acquittal; or

____    a jury has been waived, and the Court has found the defendant not guilty; or

____    the jury has returned its verdict, finding the defendant not guilty;

____    of the offense(s) as charged in the Indictment/Information:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/13/14

                                         Peter C. Lewis
                                         U.S. Magistrate Judge

FILED
NOV 1 3 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                  DEPUTY